# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

United States of America,                    Criminal No. 08-395 (7) (RHK/JJG)

                Plaintiff,          **AMENDED ORDER**

vs.

Lonnie Bernard Rutherford,

                Defendant.

___

Defendant's Motion to Extend Position Pleading to the Presentence Report (Doc. No. 568) is **GRANTED**. **IT IS ORDERED** that the Position pleadings are to be filed with the Clerk of the U.S. District Court and the office of opposing counsel on or before June 1, 2010.

Dated: May 18, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge